AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>JOHN JOSEPH O'GRADY<br><br>*Defendant(s)* | )<br>)  Case No. 18-8211-WM<br>)<br>)<br>) |

FILED by _____ D.C.
MAY 0 8 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __03/21/2018__ in the county of __PALM BEACH__ in the __SOUTHERN__ District of __FLORIDA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 912 | False Personation of an Officer or Employee of the United States, to wit, a Deputy United States Marshal |

This criminal complaint is based on these facts:

PLEASE SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Keith Lawson, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/08/2018__

*Judge's signature*

City and state: __West Palm Beach, Florida__   Hon. William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT
### Case No. 18-8211-WM

Your affiant, Keith Lawson, first being duly sworn, does hereby depose and state as follows:

1. Your affiant is presently employed as a Deputy United States Marshal (DUSM), and has served in that capacity since July of 2008. As such, your affiant is lawfully authorized to investigate and enforce the provisions of federal law, to include violations of Title 18 of the United States Code.

2. This affidavit is based upon your affiant's personal knowledge, review of reports, and information obtained from other law enforcement officials and civilians who possess personal knowledge of the events and evidence described herein. This affidavit does not contain every fact about this case known to your affiant, but only enough facts to establish probable cause to charge John Joseph O'GRADY for violation of Title 18, United States Code, Section 912, that is, the false personation of a Federal Officer, that is, a Deputy United States Marshal.

3. On March 21, 2018, Officers of the Boynton Beach Police Department (BBPD) responded to a call from the Manager of the BestBuy Electronics Retail Store, located at 550 N. Congress Avenue, Boynton Beach, which you affiant is aware is located within Palm Beach County and the Southern District of Florida. The Manager advised the officers that he wished a man in a business suit, later identified as the defendant, John Joseph O'GRADY (O'GRADY), to be issued a trespass warning because O'GRADY had been previously observed shoplifting an Iphone 10 from the store on a prior occasion. When BBPD officers made contact with O'GRADY, who was attired in suit with a jacket, displaying a USMS lapel pin (that is, a miniature replica of the USMS star within a circle badge) they inquired whether O'GRADY had any weapons on his

person, to which O'GRADY responded "yes." An officer then asked where the weapon was located, to which O'GRADY replied "on my hip." An officer then asked whether O'GRADY was "a police officer," to which O'GRADY responded "I am not." The officer then asked, "what are you?" to which O'GRADY responded "a Federal Marshal." When asked if he had any "federal marshal ID," O'GRADY claimed he did not have any with him because he "just stepped out of his house." When asked if he had a supervisor's number to call, O'GRADY replied "no."

4. The officers then expressed their concern that the defendant was carrying a weapon without any (law enforcement) identification, to which O'GRADY responded "it's not a real weapon." Only at the point that the officers responded with incredulity "you're carrying a fake weapon, and you're a federal marshal?," did the defendant finally concede "no," that is, that he was not actually a federal marshal, but rather a limo driver. The defendant was then advised he was under arrest.

5. During the foregoing incident, which was captured on a BBPD police body camera, which your affiant has viewed, O'GRADY was wearing an authentic appearing US Marshals Service badge, a US Marshals Service lapel Pin, a suit and tie, and was found wearing a highly realistic BB pistol replica of a semi-automatic pistol on his right hip in a belt holster.

6. Based on your affiant's personal knowledge and experience, your affiant is aware that Deputy United States Marshals, also known as federal marshals, are employees of the United States Department of Justice. Based on personnel checks conducted by your affiant, your affiant is further aware that defendant O'GRADY has never been an officer or employee of the USMS.

7. Finally, your affiant notes that after receiving consent from O'GRADY to search his car, BBPD Officers discovered a white Iphone X identified by serial number by BestBuy

2

employees as having been stolen from BestBuy several days earlier. BBPD Officers also seized another authentic-appearing US Marshals Service badge from within O'GRADY's vehicle.

8. On April 2, 2018, your affiant interviewed K.C., an employee of the Boynton Beach BestBuy location at which O'GRADY was arrested on March 21, 2018, as described above. K.C. advised your affiant that on Monday, that is, on March 19, 2018, approximately 3 days prior to the aforementioned incident, O'GRADY had spoken to her, requesting assistance with a cellular phone case from K.C. K.C. stated that while she was assisting O'GRADY, he was wearing an authentic appearing police lapel pin, specifically the one with the star and circle that he was wearing when he was arrested on March 22, 2018. K.C. also mentioned that during this exchange O'GRADY prominently displayed an authentic appearing pistol in a holster on his hip.

9. WHEREFORE, on the basis of the foregoing facts and evidence, your affiant respectfully submits that probable cause exists to charge defendant John Joseph O'GRADY with False Personation of an Officer or Employee of the United States, that is, a Deputy U.S. Marshal

employed by the United States Marshals Service, United States Department of Justice, in violation of Title 18, United States Code, Section 912.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*[signature]*
Keith Lawson
Deputy United States Marshal
U.S. Marshals Service

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 8TH DAY OF
MAY, 2018, IN CHAMBERS AT
WEST PALM BEACH, FLORIDA.

*[signature]*
**HON. WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**

4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __JOHN JOSEPH O'GRADY__

Case No.: __18-8211-WM__

**Counts # 1**

Impersonation of a Deputy United States Marshal
Title 18, United States Code, Section 912

**Max. Penalty**: 0-3 years' imprisonment; maximum fine of $250,000; 0-1 year term of supervised release; and, a $100.00 special assessment.