UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-8211-WM

IN RE:

CRIMINAL COMPLAINT
_____/



FILED by ___ D.C.
MAY 08 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## MOTION TO SEAL

COMES NOW, the United States of America, by and through its undersigned attorney, and respectfully requests this Honorable Court to seal the attached Complaint and Affidavit filed in support thereof, with the exception of a copy of the Warrant for Arrest to be provided to the United States Marshals Service, until such time as the defendant is arrested, or until further Order of the Court. The defendant is the target of an ongoing investigation and early release of the Complaint would compromise the investigation and could cause the defendant to flee, attempt to elude law enforcement, and/or destroy evidence.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY: _____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:  (561) 820-8711
FAX:     (561) 820-8777
Email: John.McMillan@usdoj.gov