UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-8211-WM

IN RE:

CRIMINAL COMPLAINT
_____/

FILED by _____ D.C.

MAY 0 8 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## SEALING ORDER

**THIS CAUSE** is before the Court on the Government's Motion to Seal. The Court being advised in its premises, and good cause having been shown, it is hereby

**ORDERED AND ADJUDGED** that the motion is **GRANTED,** and the Clerk of Court shall seal the Complaint, Affidavit and Warrant filed in support thereof, with the exception of a copy of the Warrant for Arrest shall be provided to the United States Marshals Service, until the defendant is arrested, at which time it shall be deemed unsealed, or until further Order of the Court.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 8th day of May, 2018.

_____
**HON. WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**

cc: AUSA John C. McMillan