UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-8211-WM

UNITED STATE OF AMERICA,

    Plaintiff,

vs.

JOHN JOSEPH O'GRADY,

    Defendant.
_____/

FILED by ____ D.C.
MAY 10 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## GOVERNMENT'S MOTION TO UNSEAL CRIMINAL COMPLAINT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to unseal the Criminal Complaint and Affidavit filed in support thereof, due to the above-referenced defendant having been arrested.

    Respectfully submitted,

    BENJAMIN G. GREENBERG
    UNITED STATES ATTORNEY

BY: _____
    JOHN C. McMILLAN
    ASSISTANT UNITED STATES ATTORNEY
    Admin. No. A5500228
    500 Australian Ave., Suite 400
    West Palm Beach, FL 33401
    Office: (561) 820-8711
    FAX:    (561) 820-8777
    Email: john.mcmillan@usdoj.gov