UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-8211-WM

UNITED STATE OF AMERICA,

    Plaintiff,

vs.

JOHN JOSEPH O'GRADY,

    Defendant.
_____/

FILED by ____ D.C.
MAY 10 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## UNSEALING ORDER

**THIS CAUSE** came before this Court on the Government's Motion to Unseal the Criminal Complaint in this matter. The Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Government's Motion is hereby **GRANTED**, and the Clerk of the Court shall unseal the Criminal Complaint, Affidavit filed in support thereof, and Warrant, in the above-captioned matter.

**DONE AND ORDERED** at West Palm Beach, Florida, this _10_ day of May, 2018.

_____
HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

cc: AUSA John C. McMillan (WPB)