UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   18-08211-MATTHEWMAN

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

JOHN JOSEPH O'GRADY,
        Defendant.
_____/

**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

    Respectfully submitted,

    MICHAEL CARUSO
    Federal Public Defender

    s/ *Peter Birch*
    Peter Birch
    Assistant Federal Public Defender
    Attorney for the Defendant
    Florida Bar No. 304281
    450 South Australian Avenue, Suite 500
    West Palm Beach, Florida 33401
    (561) 833-6288 - Telephone
    (561) 833-0368 - Fax
    Peter_Birch@FD.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Peter Birch*
Peter Birch