UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   18-08211-MATTHEWMAN

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JOHN JOSEPH O'GRADY,

       Defendant.
_____:

## NOTICE OF REQUEST FOR DISCLOSURES OF EXPERT WITNESS SUMMARIES

The defendant, through undersigned counsel, files this notice of request for disclosures of expert witness summaries pursuant to Fed. R. Crim. P. 16(a)(1)(G) and paragraph N of the Standing Discovery Order. The defendant requests disclosure of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion. *See, e.g., United States v. Ortega*, 150 F.3d 937, 943 (8th Cir. 1998)

1

(agent's testimony, involving specialized knowledge of drug-related activities and paraphernalia, was expert opinion subject to disclosure).

        Respectfully submitted,

        MICHAEL CARUSO
        Federal Public Defender

        s/ *Peter Birch*
        Peter Birch
        Assistant Federal Public Defender
        Attorney for the Defendant
        Florida Bar No. 304281
        450 South Australian Avenue, Suite 500
        West Palm Beach, Florida 33401
        (561) 833-6288 - Telephone
        (561) 833-0368 - Fax
        Peter_Birch@FD.org

<u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on May 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>*s/ Peter Birch*</u><br>
Peter Birch