UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-8211-MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN JOSEPH O'GRADY,

    Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT**

Defendant, John O'Grady, through undersigned counsel, requests the Court to continue the arraignment in the above-styled cause for fourteen days (14) days. As grounds therefor, Defendant states:

1. Defendant is currently scheduled to be arraigned on Thursday, May 24, 2018.

2. A grand jury is currently unavailable. To allow the government adequate time to obtain an indictment, and to allow Defendant adequate time to consult with counsel prior to arraignment, it is requested that the arraignment be reset to Thursday, June 7, 2018, or as soon thereafter as is convenient for the Court.

3. Defendant agrees that speedy trial be tolled from the present date until the rescheduled date of his arraignment.

4. Undersigned counsel has contacted Assistant United States Attorney John McMillan who agrees with the above-styled motion.

WHEREFORE, it is respectfully requested that the Court grant the above-styled motion.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

s/ *Peter Birch*
Peter Birch
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 304281
450 South Australian Avenue, Suite 500
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
(561) 833-0368 - Fax
Peter_Birch@FD.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Peter Birch*
Peter Birch