UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-8211-MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN JOSEPH O'GRADY,

    Defendant.

_____

**UNOPPOSED MOTION TO AMEND CONDITONS OF RELEASE**

Defendant, John O'Grady, through undersigned counsel, requests the Court to amend the conditions of his release by changing his curfew from 10 p.m. to 5 a.m. to 9 p.m. to 4 a.m. As grounds therefor, Defendant states:

1. On May 11, 2018, the Court released Defendant on a $150,000 personal surety bond. A special condition of Defendant's release is that he abide by a curfew from 10 p.m. to 5 a.m.

2. Defendant is employed as a driver for A1A Airport & Limousine Service. Due to the aforementioned curfew, Defendant is losing many customers who embark on early morning flights. This loss would be negated if Defendant could leave his house at 4 a.m. instead of 5 a.m.

3. Undersigned counsel has contacted Assistant United States Attorney John McMillan who has no objection to the above-styled motion.

4. Undersigned counsel has contacted United States Probation Officer Rick Samson who has no objection to the above-styled motion provided Defendant continues with his mental health treatment and appointments.

WHEREFORE, it is respectfully requested that the Court grant the above-styled motion.

>Respectfully submitted,
>
>MICHAEL CARUSO
>Federal Public Defender
>
>s/ *Peter Birch*
>Peter Birch
>Assistant Federal Public Defender
>Attorney for the Defendant
>Florida Bar No. 304281
>450 South Australian Avenue, Suite 500
>West Palm Beach, Florida 33401
>(561) 833-6288 - Telephone
>(561) 833-0368 - Fax
>Peter_Birch@FD.org

CERTIFICATE OF SERVICE

I HEREBY certify that on May 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Peter Birch*
Peter Birch