UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __18-80109-cr-Rosenberg/Reinhart__
18 U.S.C § 912

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

JOHN JOSEPH O'GRADY,

           Defendant.
_____/

FILED BY ___SP___
Deputy Clerk
*May 29, 2018*
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. West Palm Beach

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about March 21, 2018, in Palm Beach County, in the Southern District of Florida, the defendant,

**JOHN JOSEPH O'GRADY,**

did knowingly, willfully and falsely assume and pretend to be an officer and employee acting under the authority of the United States, and a department, agency, and officer thereof, that is, an officer and employee of the United States Marshals Service (USMS), and acted as such, in that the defendant held himself out to be an officer and employee

of the USMS to officers of the Boynton Beach Police Department.

In violation of Title 18, United States Code, Section 912.

_____
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 18-80109-cr-Rosenberg/Reinhart

vs.

## CERTIFICATE OF TRIAL ATTORNEY*

JOHN JOSEPH O'GRADY,

                Defendant.
_____/

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami   ___ Key West
___ FTL   _X_ WPB   ___ FTP

New Defendant(s)   Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   NO
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I | 0 to 5 days | _X_ |
   | II | 6 to 10 days | ___ |
   | III | 11 to 20 days | ___ |
   | IV | 21 to 60 days | ___ |
   | V | 61 days and over | ___ |

   (Check only one)

   | | |
   |---|---|
   | Petty | ___ |
   | Minor | ___ |
   | Misdem. | ___ |
   | Felony | _X_ |

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) Yes
   If yes:
   Magistrate Case No.   18-8211-WM
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

                                              _____
                                              JOHN C. MCMILLAN
                                              ASSISTANT UNITED STATES ATTORNEY
                                              Court No. A5500228

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: ___JOHN JOSEPH O'GRADY___

Case No.: 18-80109-cr-Rosenberg/Reinhart

**Counts # 1**

Impersonation of a Deputy United States Marshal
Title 18, United States Code, Section 912

**Max. Penalty**: 0-3 years' imprisonment; maximum fine of $250,000; 0-1 year term of supervised release; and, a $100.00 special assessment.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 18-80109-cr-Rosenberg/Reinhart

### BOND RECOMMENDATION

DEFENDANT: JOHN JOSEPH O'GRADY

$150,000 Personal Surety Bond on Conditions Previously Set on 5/11/18
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: John C. McMillan, Jr.

Last Known Address: _____

What Facility: _____

Agent(s): DUSM Marshal Keith Lawson
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 18-80109-cr-Rosenberg/Reinhart |
| | ) | |
| John Joseph O'Grady | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:_____

_____
*Defendant's Signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

Dave Lee Brannon, U.S. Magistrate Judge
*Judge's printed name and title*