AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 18-80109-cr-Rosenberg/Reinhart |
| | ) | |
| John Joseph O'Grady | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6/7/18

*Defendant's Signature*

*Signature of defendant's attorney*

Peter BiRcH

*Printed name of defendant's attorney*

*Judge's signature*

Dave Lee Brannon, U.S. Magistrate Judge
*Judge's printed name and title*

FILED BY SP D.C.
JUN 07 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.