UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80109-Cr-ROSENBERG/REINHART

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN JOSEPH O'GRADY,

        Defendant.
_____/

**GOVERNMENT'S RESPONSE TO
THE STANDING DISCOVERY ORDER**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney and hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10. Pursuant to Local Rule, all referenced attachment pages are attached to defense counsel's copy of this response and not the pleading filed with the Court.

    A.    1.    The Defendant made two (2) written or recorded post-<u>Miranda</u> statements to then known law enforcement officer in this case, digital copies of which are attached to defense counsel's copy of this response in two (2) DVD's marked "BBPD Post-Miranda Statement, FID 10538009 [Disk] 1" and "Post-Miranda Statement, Fed Arrest , 5/9/18 [Disk] 3 "

            2.    Copies of reports containing oral statements made by the defendant after arrest in response to interrogation by any person then known to the

        defendant to be a government agent that the government intends to use at trial are attached to defense counsel's copy of this response..

3. This defendant did not testify before the Grand Jury.

4. A copy of the defendant's NCIC/FCIC criminal history is attached to defense counsel's copy of this response.

5. Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the United States Attorney's Office at the address below the filing party's signature line. The undersigned will tentatively set the date for Tuesday, June 26, 2018, at 2:00 p.m.   <u>Please call the undersigned with 48 hours notice if you intend to review the evidence at this date and time</u>.

        That evidence includes, but is not limited to:

a. Originals of any items or documents referenced in attached reports and evidence inventory sheets attached thereto.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

6. There were no physical or mental examinations made in connection with this case.

B.     DEMAND FOR RECIPROCAL DISCOVERY: The United States requests

|   |   |
|---|---|
|   | the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure. |
| C. | At present, the government is not aware of any material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>United States v. Agurs</u>, 427 U.S. 97 (1976), except to the extent to the extent the defense may construe any of the materials attached hereto as such. |
| D. | The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of <u>Giglio v. United States</u>, 405 U.S. 150 (1972), or <u>Napue v. Illinois</u>, 360 U.S. 264 (1959).  However, no such witnesses are known to the government at present. |
| E. | There are no witnesses possessed of a criminal history known to the government at present. |
| F. | The defendant was not identified in photo spread or similar identification proceeding. |
| G. | The government has advised its agents and officers involved in this case to preserve all rough notes. |
| H. | The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b).  You are hereby on notice that all evidence made available to you |

for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine), to show knowledge, intent, identity, common scheme or plan and absence of mistake. Although the government believes such clearly inextricably intertwined evidence, in an abundance of caution, notice is specifically given of the government's intent to utilize the defendant's acts and statements to BestBuy personnel as detailed in the attached reports which precede the date of arrest (see attachment page 49) and well as the items found in the defendant's constructive possession in his vehicle, (see attached DVD marked "BBPD Car Search BestBuy Contact, 3/21/18, FID 01538009 [Disk] 2," and at his residence, at detailed in the report on attachment page 19, in which both instances additional U.S. Marshals Service paraphernalia was discovered.

I. The defendant is not, at present, an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J. The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K. There are no controlled substances at issue in this case.

L. There are no vehicles currently under seizure by the United States in this case.

M. No latent fingerprint comparison was done in this case.

N.  At present, the government is unaware of any expert witnesses which would fall within this obligation. Should the government subsequently identify any, the government shall respond in a separate, purpose-specific response at that time.

O.  The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

P.  At the discovery conference scheduled in Section A.5, above, the government will seek written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense. The approximate time, date and location are as follows:

Time:       2:00 pm – 3:00 pm
Date:       03/21/2018
Location:   BestBuy store located at 550 North Congress Ave., Boynton Beach, Palm Beach County, Florida.

The attachments to defense counsel's copy of this response are numbered pages 1-49 and and include three (3) DVDs, labeled "BBPD Post-Miranda Statement, FID 10538009 [Disk] 1"

"BBPD Car Search BestBuy Contact, 3/21/18, FID 01538009 [Disk] 2," and "Post-Miranda Statement, Fed Arrest , 5/9/18 [Disk] 3."   Please contact the undersigned Assistant United States Attorney if any pages/items are missing.

        Respectfully submitted,

        BENJAMIN G. GREENBERG
        UNITED STATES ATTORNEY

BY:    s/ *John C. McMillan*
        JOHN C. McMILLAN
        ASSISTANT UNITED STATES ATTORNEY
        Admin. No. A5500228
        500 S. Australian Ave., Suite 400
        West Palm Beach, FL 33401
        Office:    (561) 820-8711
        FAX:      (561) 820-8777
        Email: John.McMillan@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Government's Response to the Standing Discovery Order with attachments was hand delivered June 11, 2018, to counsel for the defendant below. I further certify that on June 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF:

Peter Birch
Supervisory Assistant Federal Public Defender
450 S Australian Ave., Suite 500
West Palm Beach, FL 33401

By:    s/ *John C. McMillan*
      JOHN C. McMILLAN
      ASSISTANT UNITED STATES ATTORNEY