UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80109-CR-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN O'GRADY,

    Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE TRIAL**

Defendant, John O'Grady, through undersigned counsel, requests the Court to continue the trial in the above-styled cause for at least thirty (30) days. As grounds therefor, Defendant states:

1. Defendant is charged with falsely representing himself to be a United States Marshal. A trial is currently scheduled during the two-week calendar period commencing on July 16, 2018.

2. Defendant is currently undergoing mental health counseling. Additional time is needed to thoroughly investigate all possible defenses, including Defendant's mental health.

3. Defendant agrees to waive speedy trial from the filing of the above-styled motion to the next trial date set by the Court.

4. Undersigned counsel has contacted Assistant United States Attorney John McMillan who has no objection to the above-styled motion.

WHEREFORE, it is respectfully requested that the Court continue the trial in the above-styled cause for at least thirty (30) days.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

s/ *Peter Birch*
Peter Birch
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 304281
450 South Australian Avenue, Suite 500
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
(561) 833-0368 - Fax
Peter_Birch@FD.org

CERTIFICATE OF SERVICE

I HEREBY certify that on July 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Peter Birch*
Peter Birch