UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80109-CR-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN O'GRADY,

    Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE TRIAL**

Defendant, John O'Grady, through undersigned counsel, requests the Court to continue the trial in the above-styled cause for at least an additional sixty (60) days. As grounds therefor, Defendant states:

1. Defendant is charged with falsely representing himself to be a United States Marshal. A trial is currently scheduled during the two-week calendar period commencing on August 20, 2018.

2. This case was continued once previously to allow further investigation and explore possible defenses. The investigation is ongoing. Specifically, Defendant is charged with a "specific intent" offense to which a "diminished capacity" defense may be available. Additional time is needed to allow Defendant to be evaluated by a psychologist to determine the viability of a diminished capacity defense. Then, if Defendant decides to pursue that

defense through expert testimony, the government may seek to have Defendant evaluated by its own psychologist or psychiatrist.

3. To allow a full investigation of the possible defense of "diminished capacity," including the possible need for two or more mental health evaluations, it is requested that the Court continue the trial in the above-styled cause for at least sixty (60) days.

4. Defendant agrees to waive speedy trial from the filing of the above-styled motion to the next trial date set by the Court.

5. Undersigned counsel has contacted Assistant United States Attorney John McMillan who has no objection to the above-styled motion.

WHEREFORE, Defendant respectfully requests the Court to grant the above-styled motion.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

s/ *Peter Birch*
Peter Birch
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 304281
450 South Australian Avenue, Suite 500
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
(561) 833-0368 - Fax
Peter_Birch@FD.org

CERTIFICATE OF SERVICE

I HEREBY certify that on July 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          *s/ Peter Birch*
                                          Peter Birch