UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80109-CR-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN O'GRADY,

    Defendant.

_____

**WAIVER OF SPEEDY TRIAL**

Defendant, John O'Grady, through undersigned counsel, waives his right to a speedy trial, and agrees to excluding the speedy trial time period from July 27, 2018 to January 7, 2019.

    Respectfully submitted,

    MICHAEL CARUSO
    Federal Public Defender

    s/ *Peter Birch*
    Peter Birch
    Assistant Federal Public Defender
    Attorney for the Defendant
    Florida Bar No. 304281
    450 South Australian Avenue, Suite 500
    West Palm Beach, Florida 33401
    (561) 833-6288 - Telephone
    (561) 833-0368 - Fax
    Peter_Birch@FD.org

CERTIFICATE OF SERVICE

I HEREBY certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                           *s/ Peter Birch*
                                           Peter Birch