UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80109-CR-Rosenberg

UNITED STATES OF AMERICA,

v.

JOHN JOSEPH O'GRADY,

        Defendant.
_____/

FILED by ___ D.C.

AUG 14 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## BOND REVOCATION AND DETENTION ORDER

This cause comes before the Court upon a Petition for Action on Conditions of Pretrial Release [DE 26]. On August 10, 2018, the undersigned issued an arrest warrant [DE 33] for Defendant JOHN JOSEPH O'GRADY based upon the Petition [DE 26]. The Defendant appeared for his first appearance on the Petition before United States Magistrate Judge Bruce E. Reinhart on August 13, 2018. At the August 13, 2018 hearing, Defendant waived his bond revocation hearing and stipulated to detention. Based upon the allegations contained in the Petition for Action on Conditions on Pretrial Release [DE 26] and in U.S. Probation's Violation of Probation Memorandum, as well Defendant's waiver of a bond revocation hearing and stipulation to detention, the Court orders that Defendant's bond be revoked pursuant to 18 U.S.C. § 3148. Further, the Court finds that Defendant must be detained as he is a danger to the community and a serious risk of flight or nonappearance pursuant to 18 U.S.C. § 3142.

Accordingly, it is hereby **ORDERED** that Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. This Court also

1

directs that Defendant be afforded reasonable opportunity for private consultation with counsel; and the Court directs that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 14th day of August, 2018.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE