UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80109-CR-ROSENBERG

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOHN O'GRADY,
    Defendant.
_____

**MOTION TO ADVANCE SENTENCING DATE**

Defendant, John O'Grady, through undersigned counsel, requests the Court to advance the sentencing date in the above-styled cause. As grounds therefor, Defendant states:

1. Defendant is charged with falsely representing himself to be a United States Marshal. On August 16, 2018, Defendant pled guilty as charged. Sentencing is currently set for October 30, 2018.

2. A presentence investigation report (PSI) was filed on September 12, 2018. No objections to the PSI have been filed.

3. Defendant's advisory guideline range is 1 to 7 months imprisonment. Defendant has been incarcerated in the Palm Beach county jail for nearly 7 weeks. Accordingly, Defendant has been incarcerated longer than the bottom end of the advisory guideline range and is therefore eligible for a sentence of time served.

1

4. There is no agreement between the government and Defendant as to the sentence the Court should impose. Even so, Defendant should have the benefit of the Court's consideration of the full guideline range before imposing sentence. With each passing day that range, through no fault of Defendant, is narrowed. Yet, most importantly, were the Court to consider a sentence at the bottom of the guideline range as sufficient but not greater than necessary to meet the factors of 18 U.S.C. § 3553(a), Defendant has overserved that sentence

5. Based upon the foregoing, Defendant requests the Court to advance his sentencing date to the earliest date available to the Court

6. Undersigned counsel has contacted Assistant United States Attorney John McMillan who objects to the above-styled motion.

WHEREFORE, Defendant respectfully requests the Court to grant the above-styled motion.

                Respectfully submitted,

                MICHAEL CARUSO
                Federal Public Defender

                s/ *Peter Birch*
                Peter Birch
                Assistant Federal Public Defender
                Attorney for the Defendant
                Florida Bar No. 304281
                450 South Australian Avenue, Suite 500
                West Palm Beach, Florida 33401
                (561) 833-6288 - Telephone
                (561) 833-0368 - Fax
                Peter_Birch@FD.org

CERTIFICATE OF SERVICE

I HEREBY certify that on September 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Peter Birch*
Peter Birch