UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80109-CR-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN O'GRADY,

    Defendant.
_____/

## NOTICE OF FILING

Defendant, John O'Grady, through undersigned counsel, files the attached letter for the Court's consideration at the time of his sentencing.

            Respectfully submitted,

            MICHAEL CARUSO
            Federal Public Defender

            s/ *Peter Birch*
            Peter Birch
            Assistant Federal Public Defender
            Attorney for the Defendant
            Florida Bar No. 304281
            450 South Australian Avenue, Suite 500
            West Palm Beach, Florida 33401
            (561) 833-6288 - Telephone
            (561) 833-0368 - Fax
            Peter_Birch@FD.org

<u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on October 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Peter Birch*
Peter Birch