October 10th 2018

Your Honor,

I truly wish I could be here today. I just got a job and is required of me today. The  family and I are thinking of him with love.

I begin by saying I am truly seeing a different John since he has been in jail. I see a man who in essence, has been broken down to have a complete breakthrough. When I visit John in the past months, I see a man who is truly sorry, who wants to do the hard work on getting better, to work on his mental illness and be the good father and husband to his family. He is very clear about what he has to do.

Presently he is off most of the meds and off all cigarettes. I see the difference. But the main thing John has done, is that he has voluntarily joined a men's support group and church group in detention where he is taking honest, hard steps to get well. Where he is beginning for the first time to

deal with the mental issues that caused him to be where he is at. But he knows these groups are not enough. He wants to do the real work with his therapist, psychiatrist and to find an impulsive/cognitive behavioral group when he gets out.

He wants to begin to live a authentic, healthy life and be a loving, husband and father. That is his hope... his goal. He recently wrote a letter to our daughter. He is connecting and repairing. She was so happy to read that letter.

My daughter and I also need John as financial support. We struggle presently. He will have a job when he gets out. The company wants him back as John's work ethics have always been good.

As people will say, John is a good man with an illness. As a wife of 17 years, I know he is different now.
I  hope we can bring him home today, so he can get the right help as he begins this work towards recovery.

Thank you your Honor
Sincerely,
Tara Hinrichs -O'Grady