UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80109-CR-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN O'GRADY,

    Defendant.
_____/

NOTICE OF STRIKING [DE 47]

The defendant, John O'Grady, through undersigned counsel, hereby gives notice to strike DE 47.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

s/ *Peter Birch*
Peter Birch
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 304281
450 South Australian Avenue, Suite 500
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
(561) 833-0368 - Fax
Peter_Birch@FD.org

1

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                       *s/ Peter Birch*
                                       Peter Birch